Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUL 10 2019

U.S. DISTRICT COURT
ELKINS WV 26241

Mustafa Ozsusamlar

*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(***BIVENS* ACTION**)

v.

F. Entzel, warden
FCI-Hazelton.
P.O. BOX-450
Buruceton mills, WV, 26525

*Enter above the full name of defendant(s) in this action*

Civil Action No.: 5:19cv213
*(To be assigned by the Clerk of Court)*

Stamp
Mazzone
Blalock

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Name of Plaintiff: Mustafa Ozsusamlar Inmate No.: 18188-050
        Address: FCI, Hazelton, P.O.BOX-5000, Buruceton mills, WV, 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

B. Name of Defendant: F. Entzel
Position: Warden
Place of Employment: FCI. Hazelton
Address: P.O. Box-450,
Buruceton mills. WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☒ No

If your answer is "YES," briefly explain: _____

B.1 Name of Defendant: N/A
Position: Chief of Correctional program Division. F.B.O.P
Place of Employment: Counter for Re-Designation
Address: 55. meridian Parkway. Suite.105/106
martinburg. WV. 25401.

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Willfully and knowingly inaccured information putting in my central file for Unusuable punishment punishing me since 5/19,2008,

B.2 Name of Defendant: N/A
Position: Director
Place of Employment: Federal prison Office of Director
Address: Federal Bureu prison Central office
320. First st. NW. Washington DC. 20534
Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

Attachment A

If your answer is "YES," briefly explain: <u>Director of FBOP must be known what go an on what doing his staff members, should be Director of staff responsible</u>

B.3 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

If your answer is "YES," briefly explain: _____

B.4 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

If your answer is "YES," briefly explain: _____

Attachment A

    B.5   Name of Defendant: _____
           Position: _____
           Place of Employment: _____
           Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?     ☐ Yes     ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _____ **MDC, Brooklyn, NY.** _____

    A.   Is this where the events concerning your complaint took place?
        ☐ Yes     ☒ No

If you answered "NO," where did the events occur?
_I do not knowing. I have not received incident Report_

    B.   Is there a prisoner grievance procedure in the institution where the events occurred?     ☒ Yes     ☐ No

    C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
        ☐ Yes     ☒ No

    D.   If your answer is "NO," explain why not: _I due not known in my Central File have a inaccured folsified Retaliation Report by Employee of FBOP, dated. may, 19, 2008_

    E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

    B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.    Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2.    Court:_____
            *(If federal court, name the district; if state court, name the county)*

        3.    Case Number:_____

        4.    Basic Claim Made/Issues Raised:_____

            _____

            _____

        5.    Name of Judge(s) to whom case was assigned:

            _____

        6.    Disposition:_____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7.    Approximate date of filing lawsuit:_____

Attachment A

      8.     Approximate date of disposition. Attach Copies: _____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
       ☐ Yes     ☒ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
*I have no any idea. innacured Retaliation report Dated, may-19-2008. in my Central file. I founded in 2018.*

E.     Did you exhaust available administrative remedies?
       ☒ Yes     ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
*See. Administrative in attachment. 5*

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      1.     Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): *Mustafa Ozsusamlar.*
Defendant(s): *Lapin et al*

2. Name and location of court and case number:
   *U.S. District Court for the southern District of illinois P.O. BOX-249 East st. louis illinois 62202. see. Attachment - 4*

3. Grounds for dismissal: ☐ frivolous ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: *no 2011*

5. Approximate date of disposition: *6-22-2015*

## V. STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the _facts_ of your case. Describe what _each_ defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: *See. May-19-2008. Retaliation Report Attachment 2/3. pages And. see. my back graund case information by Chieff judge NJ. Attachment. Copies 3. pages in Attachment. 3.*

Supporting Facts: *New jersey chieff judge information*

**Attachment A**

Approved. may-19-2008. F.B.O.P. Retaliation Report.

CLAIM 2: Inaccured missleading Discrimination in may-19-2008 Report. Refering "Kill and kidnap" The F.B.O.P. Reporter violation.

Supporting Facts: F.B.O.P. must need to approved I my self used a kill or kidnap word. Clearly Retaliation Discrimination for unusuable punishment only not for me incuded my family in my home country of TURKEY. violating my international, national And F.B.O.P. Constitutional Rights.

CLAIM 3: F.B.O.P. Reporter must need to bringen a profication my Pohene conversation Record copy I use my self any "Kill or Kidnap" word.

Supporting Facts: Because I never use in my phone Conversation said. "Kill or kidnap" word.
And F.B.O.P. Rule of regulation clearly given incident report Any violation. I never received any insident report about said phone allegation

CLAIM 4: F.B.O.P. may-19-2008. Report in page 2-Paragraph 6. missrepidation twisting setuation. I am mustafa "NOT" Osman

Supporting Facts: Osman was my son. and my co-defendant for my Case No: 05-cr-1077.(PKL) I have not seeing my son Osman

Attachment A

We are Different building in MDC. Brooklyn NY. Prison. if Osman violated any Rule of Regulation. "NOT" my intrest. why Osman wrong allegation in my Recort?

CLAIM 5: F.B.O.P. Report refering. my Correspondency with a international Heroin traficer, international terrorist and Supporting Extremest groups. (mohammed Azizi)

Supporting Facts: F.B.O.P. must need to proved I directly Comminicate with "Azizi" and need showed my violation. and "How" I known Azizi's Case and back graund. if Azizi Really so dengir international Terrorist and Heroin traficker Extremest. why Azizi Released in this Country street freally?

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Mentaly and Fissically. Existing mental Emotional and physical Conditon.

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

F.B.O.P. authority punished me and my family members unusuable Punishment. Since may-19-2008. up to today about 12 years. F.B.O.P. Should be give to me 12 Years Extra credid for Release from B.O.P. And paid to me for each years one millon U.S. Dollar.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FCI. Hazelton  WV._ on _07-07-2019_ .
              (Location)               (Date)

_[signature]_
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Mustafa Ozsusamlar

_____
*Your full name*

v.                                                    Civil Action No.: 5:19 cv 213

F- Entzel, warden
FCI- Hazelton
P.O. BOX- 450
Buruceton mills, WV, 26525

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Mustafa Ozsusamlar (your name here), appearing *pro se*, hereby certify that I have served the foregoing Civil Action motion - 25, pages Attachment (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 07-07-2019 (insert date here):

(List name and address of counsel for defendant(s))

                                                        _____
                                                            (sign your name)